# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILSON RAMOS, As Administrator of the Estate of Jose A. Maldonado, and Individually, : : : : V. : : TOWN OF EAST HARTFORD, OFFICER JASON KAPLAN, SERGEANT JAMES LIS, OFFICER JASON COHEN, and CHIEF SCOTT SANSOM OF THE EAST HARTFORD POLICE DEPARTMENT : : : : : | Civil Action No. 3:16-cv-00166 (VLB) JULY 25, 2016 |

## AFFIDAVIT OF ZACHARY J. PHILLIPPS

I, Zachary J. Phillipps, being duly sworn, depose and say as follows:

1. I am over the age of 18 years and believe in the obligations of an oath.

2. I am an attorney at Wofsey, Rosen, Kweskin & Kuriansky, LLP, counsel for the plaintiffs in this matter.

3. I submit this affidavit pursuant to Federal Rules of Civil Procedure 37(a)(1) and Local Rule 37(a).

4. On April 12, 2016, the plaintiffs served their first set of interrogatories and production requests on the defendants.

5. On June 13, 2016, the defendants objected to a number of the plaintiffs' interrogatories and production requests.

6. On the morning of June 29, 2016, I held a good faith telephonic conference with Attorney Kristan Maccini, counsel to defendants Town of East Hartford, Jason Kaplan, James Lis, Jason Cohen, and Scott Sansom, to discuss

1

the defendants' June 13, 2016 objections to the discovery requests of the plaintiffs. The telephonic conference was followed by email correspondence between counsel on June 29 and June 30 in further attempts to resolve defendants' objections.

7. As a result of the teleconference and subsequent correspondence, counsel were able to resolve the defendants' objections to Interrogatories 29 and Production Requests 5, 15, 23, and 24. Counsel were also able to resolve the defendants' objections to Interrogatories 22, 23, and 24 and Production Requests 11, 12, 19, 20, and 21, provided that the defendants provide a privilege log for all responsive documents claimed to be privileged, which has not yet been produced.

8. Based on the foregoing, I believe that we have made good faith efforts to resolve by agreement the issues raised in the plaintiff's motion without the intervention of the Court.

9. Despite bonafide attempts by counsel to resolve the defendants' objections to the plaintiffs' interrogatories and production requests, counsel have been unable to reach an accord as to the defendants' objections to Interrogatories 1, 2, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 25, 26, and 30 and Production Requests 1, 2, 4, 6, 7, 8, 10, 13, 17, 18, and 22.

10. Wherefore, the Court's assistance is required to resolve the defendants' remaining objections.

*[signature]*
Zachary J. Phillipps

STATE OF CONNECTICUT        :
                            :    ss: Stamford
COUNTY OF FAIRFIELD         :

On this 25th day of July 2016, before me personally appeared Zachary J. Phillipps who executed the foregoing in my presence.

*[signature]*
Notary Public
My Commission Expires:
EFFIE STEFANIDIS
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 5/31/2021

3

## CERTIFICATION

      I hereby certify that on July 25, 2016, a copy of the foregoing was filed electronically and served by email on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email or regular mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Thomas R. Gerarde, Esq.
Kristan M. Maccini, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-11921
Ph:   (860) 249-1361
Fax:  (860) 249-7665
E-mail: tgerarde@hl-law.com
E-mail: kmaccini@hl-law.com

                                      /s/ Zachary J. Phillipps
                                      Zachary J. Phillipps, Esq. (ct30047)