# EXHIBIT C

## EAST HARTFORD POLICE DEPARTMENT
Case/Incident Report # S201400009426;SUP5

S201400009426;SUP5

| REPORTED (Date and time) | FROM (Date and time) | TO (Date and time) | Supplemental? |
|---|---|---|---|
| 04/13/2014 01:33:00 | 04/13/2014 13:33:00 | | YES |
| Clearance Code | | Exceptional Clearance Date | |
| Closed | | | |

### NIBRS Incident Type(s)
No Incident Type(s)

### Incident Location
| Street Address | Apt # | Floor | Suffix | Occupancy |
|---|---|---|---|---|
| | | | | |
| City | State | Zip | | Country |
| East Hartford | CT | 06118 | | |

### Involved Persons (Non Suspect)
No Non-Suspects

### Suspect Information
No Suspects

### Narrative
(continued on page 2)

THIS IS A SUPPLEMENT TO AN ASSAULT

On 4/13/14 at approximately 0133 hours, I responded to the area of 130 Nutmeg Ln. on a report that the security guard was being chased by people who were bloody.

Upon arrival, I observed what appeared to be a struggle while officers were attempting to place a man, later identified as Jose Maldonado ▓▓▓▓▓ into handcuffs. By the time I ran to Maldonado's location, he was already handcuffed, sitting on the ground, and Officer Cohen #288 was standing by with him. As Officer Cohen stayed with Maldonado, Maldonado remained uncooperative, pulling away from Officer Cohen as Officer Cohen was instructing him to stay put and relax.

Sergeant Lis #226, requested that I assist the case officer, Officer Parlaplano #220, with transporting Maldonado to headquarters for processing.

Officer Cohen told Maldonado to stand up. Maldonado refused. Officer Cohen stated "Come on, you're heavy, you've got to help me out." I assisted Officer Cohen with lifting Maldonado to his feet. Maldonado was escorted to my cruiser. Maldonado remained defiant, refusing to lean against the car so he could be patted down, and refused to part his feet for a pat down. It appeared to me that Maldonado was strongly inebriated on some sort of drugs, alcohol, or a combination, by how defiant he remained.

Three (3) officers, including Officer Cohen and I, were utilized to pat down Maldonado as he remained uncooperative. Maldonado tried to move away from us while we were attempting to pat him down. Officer Cohen made a comment to make sure we were holding Maldonado well because he believed Maldonado may kick him.

After the pat down, Maldonado refused to sit inside the cruiser. Maldonado stiffened up at the

| Signature | | | | |
|---|---|---|---|---|
| Investigating Officer | ID Number | Unit | Approved By | |
| OFF. J. KAPLAN | JMK0326 | 326 | LT. C. CONNOLLY | |
| Investigating Officer Signature | | | Supervisor Signature | 232 |
| /s/ 326 | | | /s/ | |

'scribed and sworn to before me LT. C. CONNOLLY this 19th of April, 2014

TPIPDFPrinter 1.0.0.3
Printed 04/19/2014 12:29:35 AM    (Page 1 of 2)

EAST HARTFORD POLICE DEPARTMENT
S201400009426:SUP5                                                    S201400009426:SUP5

| Narrative | (continued from page 1) |
|---|---|

doorway and turned away from the cruiser in an attempt to get out. Maldonado continuously refused to comply with verbal commands to sit inside the cruiser's prisoner cage. I assisted Officer Cohen with getting Maldonado inside the cruiser after multiple attempts.

I asked officers on scene if they would accompany me to EHPD to assist me in the booking process, as I perceived Maldonado would remain uncooperative. Sgt. Lis advised me that Officer Cohen would be in shortly with another prisoner. See case #14-9436 for further.

| Signature | | | |
|---|---|---|---|
| Investigating Officer | ID Number | Unit | Approved By |
| OFF. J. KAPLAN | JMK0326 | 326 | LT. C. CONNOLLY |
| Investigating Officer Signature  326 | | Supervisor Signature  232 | |

Subscribed and sworn to before me LT. C. CONNOLLY this 19th of April, 2014

Printed 04/19/2014 12:29:35 AM    (Page 2 of 2)