UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
WILSON RAMOS, As Administrator of the )
Estate of Jose A. Maldonado, and )
Individually, ) Civil Action No.
 ) 3:16-cv-00166 (VLB)
      Plaintiffs, )
 )
V. )
 )
TOWN OF EAST HARTFORD, OFFICER )
JASON KAPLAN, SERGEANT JAMES LIS, )
OFFICER JASON COHEN, and CHIEF )
SCOTT SANSOM OF THE EAST HARTFORD )
POLICE DEPARTMENT )
 )
      Defendants. ) JUNE 28, 2017
_____)

## MOTION TO REOPEN CASE

Pursuant to the Court's order dated March 8, 2017 (Doc. No. 47), Plaintiff Wilson Ramos, as Administrator of the Estate of Jose A. Maldonado, and Individually, respectfully moves to reopen the case.  In support of this motion, the undersigned represents as follows:

      1.      This civil rights case involves the homicide of Jose A. Maldonado while in the custody of the East Hartford Police Department on April 13, 2014.

      2.      Plaintiff instituted this action on February 2, 2016 and has proceeded diligently in all aspects of the case.

      3.      Progress in the case was affected by a lengthy criminal investigation by the Hartford State's Attorney, which required more than three years.  This created discovery limitations in the present action and, in particular, one of the

defendant police officers, Defendant Kaplan, asserted his Fifth Amendment privilege not to respond to certain discovery requests while the State investigation was pending.

4. Recognizing the obstacle to discovery, the Court dismissed the case on March 8, 2017 "without prejudice to reopening within 35 days after the later of (1) the State's decision not to prosecute, or (2) an acquittal."

5. Today, June 28, 2017, State's Attorney Gail Hardy issued a report declining to prosecute any of the three police officers involved in the violent homicide of Jose Maldonado at East Hartford Police Headquarters, and the case is ripe for resumption.

6. Based on the foregoing, the parties are now able to proceed with discovery without further delay.

7. Pursuant to the Court's order dated March 8, 2017 (Doc. No. 47), Plaintiff also requests a status conference to discuss the case schedule.

WHEREFORE, Plaintiff moves that the Court reopen the case and Plaintiff requests a status conference.

        THE PLAINTIFF, WILSON RAMOS, AS
        ADMINISTRATOR OF THE ESTATE OF
        JOSE A. MALDONADO, and INDIVIDUALLY

By: /s/ Zachary J. Phillipps
     Zachary J. Phillipps, Esq. (ct30047)
     WOFSEY, ROSEN, KWESKIN
     & KURIANSKY, LLP
     600 Summer Street
     Stamford, CT  06901
     Tel: (203) 327-2300
     Fax: (203) 967-9273
     Email: zphillipps@wrkk.com

## **CERTIFICATION**

      I hereby certify that on June 28, 2017, a copy of the foregoing was filed electronically and served by email on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email or regular mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Thomas R. Gerarde, Esq.**
**Kristan M. Maccini, Esq.**
**Winifred B. Gibbons, Esq.**
**Howd & Ludorf, LLC**
**65 Wethersfield Avenue**
**Hartford, CT 06114-11921**
**Ph:   (860) 249-1361**
**Fax:  (860) 249-7665**
**Email: tgerarde@hl-law.com**
**Email: kmaccini@hl-law.com**
**Email: wgibbons@hl-law.com**

**James N. Tallberg, Esq.**
**Dennis M. Durao, Esq.**
**Karsten & Tallberg, LLC**
**500 Enterprise Drive, Suite 4B**
**Rocky Hill, CT 06067**
**Ph:   (860) 233-5600**
**Fax:  (860) 233-5800**
**Email: jtallberg@kt-lawfirm.com**
**Email: ddurao@kt-lawfirm.com**

                                                  /s/ Zachary J. Phillipps
                                                  Zachary J. Phillipps, Esq. (ct30047)