Civil- (Dec-2008)

HONORABLE: V. Bryant
DEPUTY CLERK: M. Bozek
RPTR/ECRO/TAPE: F. Velez, ECRO
TOTAL TIME: 0 hours 6 minutes
DATE: 07/11/2017   START TIME: 11:04 a.m.   END TIME: 11:10 a.m.
LUNCH RECESS FROM: ___ TO: ___
RECESS (if more than ½ hr) FROM: ___ TO: ___

CIVIL NO. 3:16-cv-00166-VLB

Wilson Ramos
vs
East Hartford, et al.

David M. Cohen
Plaintiff's Counsel

T. Gerarde, W. Gibbons, and J. Tallberg
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   6 min
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

☑ ….. # 49   Motion to Reopen Case   ☑ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion ___   ☐ granted ☐ denied ☐ advisement

☐ Oral Motion ___   ☐ granted ☐ denied ☐ advisement

☐ Briefs(s) due ___   ☐ Proposed Findings due ___   Response due ___

☐ ___   ☐ filed ☐ docketed

☐ Hearing continued until ___ at ___

Notes: The Court will enter a scheduling order.