# **EXHIBIT C**



**STATE OF CONNECTICUT**
**Office of the Chief Medical Examiner**
11 Shuttle Road, Farmington, CT 06032

M.E. CASE NUMBER: **14-05837-Maldonado, Jose A.**

Date of Death: **04/13/2014**     Time of Death: **2:54 AM**
County of Death: **Hartford**     City of Death: **Hartford**

This is to certify that **H. Wayne Carver, II, M.D., Medical Examiner**, performed a postmortem examination on the body of **Jose A. Maldonado** at the Office of the Chief Medical Examiner on **04/14/2014** at **11:29 AM**.

The postmortem examination was performed in the presence of **Detectives Patrick Meehan and Mathew Greenstein of the Connecticut State Police.**

### EXTERNAL EXAMINATION:

The body is that of a well-developed, well-nourished, white male whose overall appearance is consistent with the reported age of 22 years.

The body is 69 inches tall and weighs 175 pounds.

The body is received unclothed. No clothing is received with the body. No personal property is received with the body.

The head is covered with short, crew-cut style dark black hair. The face is covered with a short, trim beard. The eyes are brown. The pupils are mid position and equal. The corneas are clear. The conjunctivae are mildly congested, with no petechiae. The nose is unremarkable. The native teeth are present. An endotracheal tube is present. Moist white foam is present in the oral cavity and issuing from the endotracheal tube.

The chest is symmetrical.

The abdomen is flat. The genitalia are those of a normal adult male.

The upper extremities are unremarkable.

The lower extremities are hirsute. There is an intraosseous infusion device in the left shin.

The back of the body shows an intense dependent pattern of livor mortis with blanching appropriate to the surface upon which the body lies. Rigor mortis is present and well-developed.

POST MORTEM REPORT          Page 1 of 5



**STATE OF CONNECTICUT**
**Office of the Chief Medical Examiner**
11 Shuttle Road, Farmington, CT 06032

**M.E. CASE NUMBER: 14-05837-Maldonado, Jose A.**

## EVIDENCE OF INJURY:

1. There is a slightly patterned contusion of the forehead, approximately 2" x 2" with vague vertically oriented stripes.
2. There is a 1 ½" x 1" area of abrasion on the superior posterior aspect of the right shoulder.
3. There are two electromechanical disruption darts in the skin; one at the level of the nipples 1" to the left of the midline, and the other at the level of the costal margin in the midclavicular line on the left. Both are surrounded by a small amount of abrasion.
4. There is a 1 ½" x ¼" abrasion on an oblique angle on the inner lower portion of the right pectoral muscle. The upper superior end of it contains a ¼" semicircle concave inferiorly.
5. There are irregular abrasions on the lateral aspect of the right hip over the greater trochanter.
6. There are two linear abrasions measuring 2 ½" and 4" respectively and crossing one another on the extensor aspect of the left forearm, roughly parallel to the axis of the arm.
7. There is a ¼" abrasion on the helix of the right ear.
8. There are several horizontal abrasions just posterior to the posterior reflection of the right axillary fold, at least one of which is a patterned double with two abrasions ¼" apart.
9. There is a ¾" abrasion on the lateral aspect of the right knee.
10. There is a very thin 3 cm hemorrhage in the subgaleal space just behind the right ear and subjacent to the previously described abrasion of the helix.
11. There is a 4 cm contusion on the contralateral side in a similar area.
12. There are no associated external injuries to the scalp.
13. There are no fractures of the skull and no grossly visible injuries to the brain.

## INTERNAL EXAMINATION AND REVIEW OF ORGAN SYSTEMS:

The body is opened with the usual Y-shaped thoracoabdominal incision. The pleural, pericardial and peritoneal cavities are unremarkable. The panniculus measures 2.0 cm. thick in the anterior midline.

## CARDIOVASCULAR SYSTEM:

The heart weighs 370 grams. Externally the heart is unremarkable. The four valves show no pathologic change. There is mild whitening of the endocardium of the left ventricle, particularly over the septum.

No focal or diffuse lesions are seen within the myocardium.



**STATE OF CONNECTICUT**
**Office of the Chief Medical Examiner**
11 Shuttle Road, Farmington, CT 06032

M.E. CASE NUMBER: 14-05837-Maldonado, Jose A.

The coronary arterial system is right dominant. The left anterior descending coronary artery is unremarkable. Both the circumflex and right coronary arteries are relatively small, but both have thin delicate walls and no obstructive lesions.

The aorta shows no significant atherosclerosis and normal elasticity. The great veins are unremarkable.

## RESPIRATORY SYSTEM:

The right lung weighs 700 grams and the left lung weighs 600 grams. Bilaterally the lung parenchyma is dark red and heavily congested. No focal lesions are seen. The tracheobronchial tree contains a small amount of moist foam. A small amount of liquid gastric contents stains the trachea with a band of blanched mucosa where the balloon of the endotracheal tube lies.

After completion of the cerebral and corporeal portions of the autopsy, an en bloc removal and layer-wise dissection of the larynx and supporting structures is performed. This reveals no injuries to the strap muscles or their investing fascia, the intrinsic muscles or the cartilaginous structures of the larynx, all of which remain nonossified or, the hyoid bone.

## HEPATOBILIARY SYSTEM:

The liver weighs 1860 grams.

## HEMOLYMPHATIC SYSTEM:

The spleen weighs 250 grams. Externally and on cut section it is unremarkable.

Occasional reactive non-anthracotic lymph nodes are present at the pulmonary hila. A less than 5 mm reactive lymph node is present in the fat around the porta hepatis. No other significant lymphadenopathy is noted throughout the autopsy dissection.

No thymus is observed.

Representative samples of thoracic vertebral bone marrow are grossly unremarkable.

## ENDOCRINE SYSTEM:

The pancreas, thyroid and adrenal glands are grossly unremarkable.



**STATE OF CONNECTICUT**
**Office of the Chief Medical Examiner**
11 Shuttle Road, Farmington, CT 06032

M.E. CASE NUMBER: 14-05837-Maldonado, Jose A.

### GASTROINTESTINAL TRACT:

The tongue is unremarkable, showing no hemorrhage or evidence of bite marks. The esophagus is unremarkable, with a small amount of hemorrhage in the pharyngeal esophagus consistent with intubation trauma. The gastric mucosa is well preserved. The stomach contains approximately 100 cc of brown amorphous liquid and fragments of rice. The small bowel, appendix and colon are grossly unremarkable.

### GENITOURINARY SYSTEM:

The right kidney weighs 200 grams; the left kidney weighs 170 grams. Bilaterally the capsules strip off easily. The cortical surfaces are smooth. The corticomedullary architecture is well-preserved. The collecting systems are not dilated. The bladder contains an estimated 550 cc. of yellow urine. The prostate, seminal vesicles, testes and epididymides are unremarkable.

### CENTRAL NERVOUS SYSTEM:

The brain weighs 1480 grams. There is no externally visible evidence of injury. The brain is saved for later dissection. At the time of autopsy, the pituitary gland appears enlarged. Removal of the pituitary gland reveals that it is not enlarged but the appearance is due to the fact that the sella turcica was relatively widely open, exposing the top of the pituitary gland. Once retrieved, the pituitary gland is saved for the Neuropathologist.

### <u>MICROSCOPIC EXAMINATION:</u>

**Heart** – 5 sections including superior septum, right ventricle and 3 sections of left ventricular free wall – These show no evidence of fibrosis, inflammation or necrosis. There is an intramyocardial coronary artery, 1.5 mm deep to the epicardium.
**Lung** – 2 sections – There is tense edema and diapedesis of red cells.
**Liver** – 1 section – Histologically unremarkable.
**Kidney** – 1 section – Histologically unremarkable.
**Adrenal Gland** – 1 section – Histologically unremarkable.
**Spleen** – 1 section – Histologically unremarkable.
**Lymph Node** – 1 section – Reactive hyperplasia.
**Thyroid** – 1 section – Histologically unremarkable.
**Pancreas** – Mild postmortem autolysis.

**LABORATORY PROCEDURES:** Specimens submitted for toxicologic analysis: Cardiac Blood, Gastric Contents, Vitreous, Urine, Liver and Femoral Blood.

POST MORTEM REPORT                           Page 4 of 5



**STATE OF CONNECTICUT**
Office of the Chief Medical Examiner
11 Shuttle Road, Farmington, CT 06032

M.E. CASE NUMBER: 14-05837-Maldonado, Jose A.

**ANATOMIC DIAGNOSIS:**

CLINICAL HISTORY OF SUDDEN DEATH ASSOCIATED WITH ALTERCATION AND USE OF ELECTROMECHANICAL DISRUPTION DEVICE
    MULTIPLE CUTANEOUS ABRASIONS
    NO EVIDENCE OF INTERNAL INJURY
MODERATE CONGESTION AND EDEMA

**POSTMORTEM COMPLETED AT: 12:42**

**CAUSE OF DEATH:**

PENDING FURTHER STUDY

**MANNER OF DEATH:**

PENDING

**FINAL CAUSE OF DEATH (AMENDED 07/28/2014):**

CARDIAC ARRHYTHMIA FOLLOWING PRECORDIAL ELECTRICAL SHOCK AND BLUNT INJURY OF HEAD

**FINAL MANNER OF DEATH:**

HOMICIDE

---

This is a true statement of the postmortem findings upon the body of **Jose A. Maldonado**.

H. Wayne Carver, II, M.D.
Medical Examiner
28 July 2014

*Unless the Office of the Chief Medical Examiner is notified in writing, any tissue retained in the course of this case will be destroyed 3 years after the date of the autopsy. Specimens sent to other institutions for analysis are subject to the retention policies of that institution.*



**STATE OF CONNECTICUT**
**Office of the Chief Medical Examiner**
11 Shuttle Road, Farmington, CT 06032

**M.E. CASE NUMBER: 14-05837-Maldonado, Jose A.**

Date of death: **04/13/2014**          Time of death: **2:54 AM**
County of death: **Hartford**          City of death: **Hartford**

This is to certify that **Dean F. Uphoff, M.D., Neuropathology Consultant** performed a neuropathologic examination on **Jose A. Maldonado.**

## NEUROPATHOLOGY CONSULTATION SUMMARY:

**EXAMINATION OF THE BRAIN (5-21-14)** – The brain is received with unremarkable dura. The brain weight without the dura is 1560 grams. The leptomeninges are thin and transparent. The cerebral hemispheres are normally developed without external evidence of contusion or of hemorrhage. The blood vessels at the base of the brain are unremarkable. Coronal sections show normal size and symmetry of the ventricular system without focal or diffuse abnormalities seen in any area. The brainstem and cerebellum are unremarkable. The spinal cord shows no gross abnormality.

Section list: (a) left frontal (b) hypothalamus (c) hippocampus (d) mid-brain (e) medulla (f) cerebellum (g) pituitary

**MICROSCOPIC EXAMINATION OF THE BRAIN (3 JUNE 2014)** – Sections as listed above show no significant histopathological abnormality.

## NEUROPATHOLOGIC DIAGNOSIS:

ADULT BRAIN, NO PATHOLOGICAL DIAGNOSIS

_____
**Dean F. Uphoff, M.D.**
**Neuropathology Consultant**
**June 5, 2014**

NEUROPATHOLOGY REPORT                              Page 1 of 1



# Office of the Chief Medical Examiner
## State of Connecticut
11 Shuttle Road   Farmington, CT 06032
(860) 679-3980

## TOXICOLOGY REPORT

DATE OF REPORT:   4/28/2014

| LAB NUMBER: | DECEASED: | ME CASE NUMBER: |
|---|---|---|
| L14-0577 | Jose A. Maldonado | 14-05837 |

SPECIMENS SUBMITTED BY:   Dr. H. Wayne Carver

| Sample Type | Amount | Received | Received By | Sample Type | Amount | Received | Received By |
|---|---|---|---|---|---|---|---|
| Blood, Cardiac | 95 mL | 4/15/2014 | V. Dawson | Urine | 55 mL | 4/15/2014 | V. Dawson |
| Gastric Contents | 25 mL | 4/15/2014 | V. Dawson | Liver | 82 g | 4/15/2014 | V. Dawson |
| Vitreous | 4.5 mL | 4/15/2014 | V. Dawson | DNA Label | | 4/15/2014 | V. Dawson |
| DNA Label | | 4/15/2014 | V. Dawson | Blood, Femoral | 12 mL | 4/15/2014 | V. Dawson |

### ANALYTICAL FINDINGS

| OFF-SITE TEST | Blood, Femoral | Analyte | Results | Method |
|---|---|---|---|---|
| NMS Labs Report | | | Attached | |

Case 3:16-cv-00166-VLB   Document 167-3   Filed 06/17/19   Page 9 of 11



**NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued**  04/23/2014 16:01

To: 10049
Connecticut Office of Chief Medical Examiner
Attn: Kerry Slattery
11 Shuttle Road
Farmington, CT  06032

**Patient Name**  NP
**Patient ID**  14-05837HWC
**Chain**  11751807
**Age** 22 Y  **DOB** Not Given
**Gender**  Male
**Workorder**  14093049

Page 1 of 3

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Ethanol | 241 | mg/dL | 001 - Femoral Blood |
| Blood Alcohol Concentration (BAC) | 0.241 | g/100 mL | 001 - Femoral Blood |
| Naloxone | Positive | ng/mL | 001 - Femoral Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 8052B | Postmortem Toxicology - Expanded, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 10.8 mL | Not Given | Femoral Blood | |
| 002 | Red Top Tube | 4 mL | Not Given | Vitreous Fluid | |
| 003 | White Plastic Container | 60 mL | Not Given | Urine | |

All sample volumes/weights are approximations.
Specimens received on 04/17/2014.

v.11

# NMS

| | CONFIDENTIAL | Workorder | 14093049 |
|---|---|---|---|
| | | Chain | 11751807 |
| | | Patient ID | 14-05837HWC |

Page 2 of 3

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Ethanol | 241 | mg/dL | 10 | 001 - Femoral Blood | Headspace GC |
| Blood Alcohol Concentration (BAC) | 0.241 | g/100 mL | 0.010 | 001 - Femoral Blood | Headspace GC |
| Naloxone | Positive | ng/mL | 1.0 | 001 - Femoral Blood | LC/TOF-MS |
| Ethanol | Confirmed | mg/dL | 10 | 001 - Femoral Blood | Headspace GC |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1. Ethanol (Ethyl Alcohol) - Femoral Blood:

   Ethyl alcohol (ethanol, drinking alcohol) is a central nervous system depressant and can cause effects such as impaired judgment, reduced alertness and impaired muscular coordination. Ethanol can also be a product of decomposition or degradation of biological samples. The blood alcohol concentrations (BAC) can be expressed as a whole number with the units of mg/dL or as a decimal number with units of g/100 mL which is equivalent to % w/v. For example, a BAC of 85 mg/dL equals 0.085 g/100 mL or 0.085% w/v of ethanol.

2. Naloxone (Narcan®) - Femoral Blood:

   Naloxone is a narcotic antagonist used to counter the central nervous system depression effects of opioids, including respiratory depression. It is also used for the diagnosis of suspected acute opioid overdosage. Naloxone is available as a 0.4 mg/mL solution of the hydrochloride for parenteral injection.

   Naloxone is also available in combination with buprenorphine (Suboxone®) for the treatment of opioid dependence. This combination is available in tablets of 2 mg buprenorphine with 0.5 mg naloxone or 8 mg buprenorphine with 2 mg of naloxone for sublingual administration.

   The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

Chain of custody documentation has been maintained for the analyses performed by NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 14093049 was electronically signed on 04/23/2014 15:39 by:

*Susan B. Crookham*

Susan Crookham,
Certifying Scientist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 52250B - Alcohols and Acetone Confirmation, Blood (Forensic) - Femoral Blood

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Ethanol | 10 mg/dL |

| | | | |
|---|---|---|---|
| **NMS** | CONFIDENTIAL | Workorder<br>Chain<br>Patient ID | 14093049<br>11751807<br>14-05837HWC |

Page 3 of 3

## Analysis Summary and Reporting Limits:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Isopropanol | 5.0 mg/dL | Methanol | 5.0 mg/dL |

Acode 8052B - Postmortem Toxicology - Expanded, Blood (Forensic) - Femoral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Salicylates | 120 mcg/mL |
| Cannabinoids | 10 ng/mL | | |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs.

Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non Steroidal Anti-Inflammatory Agents, Opiates and Opioids.