# **EXHIBIT D**

```
 1                                    VOLUME:   I
                                      PAGES:    1-143
 2                                    EXHIBITS: 1-14B

 3                 UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
 4
                              C.A. NO. 3:16-CV-00166(VLB)
 5

 6   WILSON RAMOS, As Administrator   )
     of the Estate of Jose A.         )
 7   Maldonado, and Individually,     )
            Plaintiffs,               )
 8                                    )
     v.                               )
 9                                    )
     TOWN OF EAST HARTFORD, OFFICER   )
10   JASON KAPLAN, SERGEANT JAMES     )
     LIS, OFFICER JASON COHEN, and    )
11   CHIEF SCOTT SANSOM OF THE EAST   )
     HARTFORD POLICE DEPARTMENT,      )
12          Defendants.               )

13

14          VIDEOTAPED DEPOSITION OF ROBERT J.

15   MYERBURG, M.D., a witness called on behalf of the

16   Plaintiffs, pursuant to the applicable provisions

17   of the Massachusetts Rules of Civil Procedure,

18   before Margaret G. Oliver, a Professional

19   Shorthand Reporter and Notary Public in and for

20   the Commonwealth of Massachusetts, at the offices

21   of Howd & Ludorf, LLC, 40 Washington Street,

22   Suite 20, Wellesley, Massachusetts, on Monday,

23   November 20, 2017, commencing at 9:29 a.m.

24
```

```
 1        A.   Yeah.
 2        Q.   -- you would think?  All right.  I'd
 3   like to summarize your conclusions for this case.
 4        A.   Hmm-hmm.
 5             MR. COHEN:  And why don't we go off the
 6   record for just a moment, and then we'll resume
 7   again.
 8             THE VIDEOGRAPHER:  It time is 12:23.  We
 9   are off the record.
10             (Off the record.)
11             THE VIDEOGRAPHER:  We are back on the
12   record.  The time is 12:30.
13   BY MR. COHEN:
14        Q.   Dr. Myerburg, I'd like to summarize
15   briefly your opinions based upon the analysis that
16   you've conducted in this case, your training and
17   your experience.
18             Prior to the incident in the police
19   department holding cell on April 13th, 2014, did
20   Jose Maldonado have a healthy heart?
21        A.   Yes.
22        Q.   Do you have an opinion within reasonable
23   medical probability as to the cause of death of
24   Jose Maldonado?
```

Deposition of Robert J. Myerburg, M.D.

```
 1        A.   Yes.
 2        Q.   What is it?
 3        A.   I believe that he was triggered by a
 4   Taser shock into ventricular tachycardia leading
 5   to ventricular fibrillation which was the
 6   mechanism of a cardiac arrest and was not
 7   responded to in a time frame that would
 8   sufficiently provide probability of survival
 9   greater than 50 percent.
10        Q.   Within reasonable medical probability,
11   do you have an opinion as to whether the Taser
12   shot to Jose's chest fired by Officer Kaplan
13   directly led to the sudden cardiac arrest?
14        A.   Yes.
15        Q.   And what is your opinion?
16        A.   That it did.  And the basis for that
17   opinion is the fact that there is absolutely no
18   other basis for him going into cardiac arrest
19   either based on structural heart disease or any
20   evidence of cardiac abnormalities or noncardiac
21   abnormalities.
22             And equally important that the timing
23   and sequence going from the delivery of the shock
24   to the loss of consciousness is consistent with no
```

```
 1                C E R T I F I C A T E

 2              COMMONWEALTH OF MASSACHUSETTS

 3      MIDDLESEX, SS.

 4

 5              I, Margaret G. Oliver, Notary Public in
        and for the Commonwealth of Massachusetts, do
 6      hereby certify that ROBERT J. MYERBURG, M.D., the
        witness whose deposition is hereinbefore set
 7      forth, was duly sworn by me and that such
        deposition is a true record of the testimony given
 8      by the witness.
                I further certify that I am neither
 9      related to or employed by any of the parties
        hereto or counsel to this action, nor am I
10      financially interested in the outcome of this
        action.
11              In witness whereof, I have hereunto set my
        hand and seal this 15th day of December 2017.
12

13

14              Margaret G. Oliver
                Notary Public
15              My commission expires:  May 18, 2018

16

17         THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
        DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY
18      ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
        DIRECTION OF THE CERTIFYING REPORTER.
19

20

21

22

23

24
```