# **EXHIBIT E**

EAST HARTFORD POLICE DEPARTMENT
Case/Incident Report #  S201400009436:SUP3

S201400009436:SUP3

| REPORTED (Date and time) | FROM (Date and time) | TO (Date and time) | Supplemental? |
|---|---|---|---|
| 04/18/2014 22:21:00 | | | YES |
| Clearance Code | | Exceptional Clearance Date | |

NIBRS Incident Type(s)

No Incident Type(s)

Incident Location

| Street Address | | | | | |
|---|---|---|---|---|---|
| | Apt # | Floor | Suffix | Occupancy | |
| City | State | Zip | | Country | |
| East Hartford | CT | 06118 | | | |

Involved Persons (Non Suspect)

No Non-Suspects

Suspect Information

No Suspects

Narrative                                                                 (continued on page 2)

This is a supplement report for case number (14-9436).  On Sunday 04/13/2014 an arrest was made at 130 Nutmeg Lane in East Hartford CT., see case ████████-9426) for further details.  Wilson Ramos ███████████ and Jose Maldonado DOB ██████ were transported to the East Hartford Police Department for booking.  Ramos was transported in my vehicle and Maldonado was transported in Officer Kaplan's vehicle.

Officer Kaplan and I escorted Maldonado into the booking room.  Maldonado appeared intoxicated. Officer Kaplan and I walked Maldonado into the eyewash area and told him to stick his head over the fountain.  The eyewash was used for a few seconds and Maldonado pulled his head away. We asked Maldonado if he wanted to wash the pepper spray out of his eyes.  Maldonado mumbled something and continued to pull himself away from the eyewash.

Officer Kaplan and I walked Maldonado to the holding cage and I took the handcuffs off him. Maldonado was somewhat uncooperative but at this point he did not attempt to assault us. The cage was closed and locked. Officer Kaplan and I got Ramos out of my vehicle. Ramos was very cooperative with us and he used the eyewash when we entered the booking room.  When Ramos was done washing his eyes out I asked him if his brother Maldonado was high on anything other then possibly being intoxicated.  Ramos stated that Maldonado was only intoxicated and he did not use any other type of drugs tonight.

I asked Ramos if he would be okay inside the holding cell with Maldonado.  Ramos said that he would be fine with Maldonado.  Ramos talked back and forth with Maldonado but I do not recall what was said.  Maldonado took his shirt off and was pacing around the holding cell.  After a few seconds Maldonado took off his pants and was down to his boxers.  I unlocked the holding cell door. Ramos

Signature

| Investigating Officer | | ID Number | Unit | Approved By |
|---|---|---|---|---|
| OFF. J. COHEN | | JSC0288 | 288 | SGT. J. DUPONT |
| Investigating Officer Signature | | | | Supervisor Signature |

Subscribed and sworn to before me SGT. J. DUPONT this 21st of April, 2020

IPUReP Printer 1.0.0.3
Printed 04/21/2014 08:23:42 PM   (Page 1 of 2)

EAST HARTFORD 0008

EAST HARTFORD POLICE DEPARTMENT
S201400009436:SUP3                                                S201400009436:SUP3

| Narrative | (continued from page 1) |
| --- | --- |

was outside the cage to the left of the cell door.   When we attempted to take the handcuffs off of Ramos, Maldonado grabbed the cell door and swung it open.  I saw a closed fist come towards my face and my left eye started to immediately burn.  I believe that Maldonado made contact with me because I couldn't see out of my left eye and Maldonado had been previously sprayed with OC.  I grabbed Maldonado and pushed him back into the cage.  Sergeant Lis attempted to subdue Maldonado but Maldonado kept throwing punches.  Maldonado continued to fight, Officer Kaplan said that he was going to taser Maldonado.  Sergeant Lis and I stepped back away from Maldonado. While Officer Kaplan was holding back Ramos with one arm he deployed his taser and struck Maldonado in the mid stomach area.  It appeared that Maldonado was moving forward and I heard Sergeant Lis yell that the taser was not working.  Sergeant Lis struck Maldonado and he went to the ground I believe in a crouching type position. I went to Maldonado when he was laying on the ground and handcuffed him with the assistance of Officer Kaplan.

        We exited the cage and decided what we were going to do with Ramos.  Maldonado was laying on his side making noises and Ramos was talking to him.  Maldonado responded but I'm not sure what he said.  A few minutes went by and I noticed that Maldonado was possibly passed out.  I entered the cage to check on Maldonado's medical condition.  I attempted to wake Maldonado up.  I thought that he was passed out due to his possible intoxication.  Based on my experience I have seen people give up their fight after being struck with the taser, especially when intoxicated.  I lifted Maldonado off the ground and leaned him up on my knee in a sitting position.  I rubbed his face and checked for a pulse several times.  Several sternum rubs were done and Maldonado still did not wake up.  Medical personnel were dispatched to the scene.  I continued to hold Maldonado up because I did not know what was medically wrong with him.  I did not want him to be further injured.  The East Hartford Fire Department arrived on scene and I un-handcuffed Maldonado so they could give him the proper medical attention without interference.  Based on the above facts and circumstances, I took no further action.

| Signature | | | | |
| --- | --- | --- | --- | --- |
| Investigating Officer | | ID Number | Unit | Approved By |
| OFF. J. COHEN | | JSC0288 | 288 | SGT. J. DUPONT |
| Investigating Officer Signature | | | | Supervisor Signature |

Subscribed and sworn to before me SGT. J. DUPONT this 21st of April, 2014

IBR/OFPrinter 1.0.0.3
Printed 04/21/2014 06:23:42 PM   (Page 2 of 2)

EAST HARTFORD 0009