# **EXHIBIT F**

## EAST HARTFORD POLICE DEPARTMENT
Case/Incident Report # S201400009436:SUP2                                S201400009436:SUP2

| REPORTED (Date and time) | FROM (Date and time) | TO (Date and time) | Supplemental? |
|---|---|---|---|
| 04/13/2014 06:43:00 | 04/13/2014 06:43:00 | | YES |

| Clearance Code | Exceptional Clearance Date |
|---|---|
| Closed | |

### NIBRS Incident Type(s)
No Incident Type(s)

### Incident Location

| Street Address | | Apt # | Floor | Suffix | Occupancy |
|---|---|---|---|---|---|
| | | | | | |

| City | State | Zip | Country |
|---|---|---|---|
| East Hartford | CT | 06118 | |

### Involved Persons (Non Suspect)
No Non-Suspects

### Suspect Information
No Suspects

### Narrative                                                                                 (continued on page 2)

I responded to the "booking" area of the police station to see if I could assist the officers with the processing of two arrestees, Jose Maldonado DOB ████ and Wilson Ramos ████. Upon entering the booking area, I observed Jose in the holding area also known as the "bullpen". Jose was pacing in the bullpen and was disrobing down to his underwear. He was mumbling, but I was unable to make out what he was saying. Wilson was in the room adjacent to the bullpen washing his eyes from the pepper spray. I asked Wilson if he was okay being placed in the bullpen with his brother when he exited the washing area. Wilson replied that he was cool with it because they were brothers.

Myself along with Officers Kaplan and Cohen were next to the sliding bullpen door along with Wilson. One of the officers began to open the door, when Jose suddenly ran to the door forced it open and began to violently push and throw punches at us. Officer Kaplan deployed his taser striking Jose in the midsection. I observed Jose bend over with clenched fists while placing his hands near the taser probes. I heard Officer Kaplan say something similar to, "He's pulling out the probes". I immediately responded, "I don't think it's working".

I believed the taser wasn't incapacitating the suspect because of my past training and experience. The taser probes had a short gap between them and Jose appeared to be trying to pull them out. I was extremely concerned that based upon Jose's recent unpredictable violent actions that another violent encounter was imminent. To protect myself, the other officers and possibly Jose's brother from possible serious physical injury, I struck the suspect in the face with a closed handed fist and pushed him to the ground. We eventually were able to handcuff Jose and exit the bullpen.

My attention was now turned toward Wilson. To avoid any future altercations and better control the scene, I told the other officers to collect his property and place him in a cell. I wanted our future attention placed on Jose because I believed he would still be a problem. I glanced several times into the bullpen and observed Jose lying on the floor. I observed Jose's chest rising and falling along with some extremity movement. It was my belief that he was sleeping or passed out due to his alcohol

### Signature

| Investigating Officer | ID Number | Unit | Approved By |
|---|---|---|---|
| SGT. J. LIS | JXL0226 | 226 | LT. G. TOMKIEL |

| Investigating Officer Signature | Supervisor Signature |
|---|---|

Subscribed and sworn to before me LT. G. TOMKIEL this 21st of April, 2014                TPIPDFPrinter 1.0.0.3
                                                                                      Printed 04/21/2014 07:49:32 AM   (Page 1 of 2)

EAST HARTFORD 0006

EAST HARTFORD POLICE DEPARTMENT
S201400009436:SUP2                                              S201400009436:SUP2

Narrative    (continued from page 1)

and/or drug use. A short time later we entered the bullpen to wake up Jose so we could place him in a cell. We quickly determined Jose was having some type of medical issue so we asked dispatch for the medics. The medics arrived and transported Jose to the hospital.

| Signature | | | | |
|---|---|---|---|---|
| Investigating Officer | | ID Number | Unit | Approved By |
| SGT. J. LIS | | JXL0226 | 226 | LT. G. TOMKIEL |
| Investigating Officer Signature | | | | Supervisor Signature |

Subscribed and sworn to before me LT. G. TOMKIEL this 21st of April, 2014

TPIPDF Printer 1.0.0.3
Printed 04/21/2014 07:49:32 AM   (Page 2 of 2)

EAST HARTFORD 0007