# **EXHIBIT G**


# EAST HARTFORD POLICE DEPARTMENT

Case/Incident Report # 201400009436

201400009436

| Code | Department Class |
|---|---|
| 0400 | ASSAULT |

| REPORTED (Date and time) | FROM (Date and time) | TO (Date and time) | Supplemental? |
|---|---|---|---|
| 04/13/2014 02:00:00 | 04/13/2014 02:00:00 | | NO |

| Clearance Code | Exceptional Clearance Date |
|---|---|
| Closed | |

## NIBRS Incident Type(s)

| Seq. | Incident Type | | Attempted | Conspiracy |
|---|---|---|---|---|
| 1 | ASSAULT-SIMPLE | | | |

## Incident Location

| Street Address | Apt # | Floor | Suffix | Occupancy |
|---|---|---|---|---|
| 31 SCHOOL ST | | | | |

| City | State | Zip | Country |
|---|---|---|---|
| East Hartford | CT | 06108 | United States |

| Common Name | Address Type |
|---|---|
| EHPD LOCKUP | Government/Public Bldg |

## Involved Persons (Non Suspect)

### OTHER

| Name (Last, Suffix, Title, First, Middle) | DOB | Sex | Race | Ethnicity |
|---|---|---|---|---|
| RAMOS, WILSON | [redacted] | Male | White | Hispanic |

| Street Address | Apt # | Floor | Suffix | Occupancy |
|---|---|---|---|---|
| 170 CHARTER OAK | | | ST | |

| City | State | Zip | Country |
|---|---|---|---|
| MANCHESTER | CT | | United States |

| Residency |
|---|
| Nonresident |

### VICTIM

| Name (Last, Suffix, Title, First, Middle) | Age | Sex | Race | Ethnicity |
|---|---|---|---|---|
| KAPLAN, OFFICER | Unknown | Male | Unknown | Unknown |

| Sobriety | Victim Type |
|---|---|
| | POLICE |

| Street Address | Apt # | Floor | Suffix | Occupancy |
|---|---|---|---|---|
| 31 SCHOOL ST | | | | |

| City | State | Zip | Country |
|---|---|---|---|
| East Hartford | CT | 06108 | United States |

| Common Name | Address Type |
|---|---|
| EHPD | |

| Residency |
|---|
| Resident |

| Extent of Injury | Medical Treatment | Hospital ID | Physician |
|---|---|---|---|
| None | | | |

### VICTIM

| Name (Last, Suffix, Title, First, Middle) | Age | Sex | Race | Ethnicity |
|---|---|---|---|---|
| LIS, SERGEANT | Unknown | Male | Unknown | Unknown |

| Sobriety | Victim Type |
|---|---|
| | POLICE |

| Street Address | Apt # | Floor | Suffix | Occupancy |
|---|---|---|---|---|
| 31 SCHOOL ST | | | | |

| City | State | Zip | Country |
|---|---|---|---|
| East Hartford | CT | 06108 | United States |

| Common Name | Address Type |
|---|---|
| EHPD | |

## Signature

| Investigating Officer | ID Number | Unit | Approved By |
|---|---|---|---|
| OFF. J. KAPLAN | JMK0326 | 326 | SGT. W. SPRAGG |

Investigating Officer Signature: 326

Supervisor Signature: 242

Subscribed and sworn to before me SGT. W. SPRAGG this 19th of April, 2014

TPIPDFPrinter 1.0.0.3
Printed 04/19/2014 12:34:53 AM   (Page 1 of 4)

EAST HARTFORD 0001

# EAST HARTFORD POLICE DEPARTMENT
## 201400009436

201400009436

| Residency | | | | | | |
|---|---|---|---|---|---|---|
| Resident | | | | | | |

| Extent of Injury | Medical Treatment | Hospital ID | Physician |
|---|---|---|---|
| None | | | |

## VICTIM

| Name (Last, Suffix, Title, First, Middle) | Age | Sex | Race | Ethnicity |
|---|---|---|---|---|
| COHEN, OFFICER | Unknown | Male | Unknown | Unknown |

| Sobriety | Victim Type |
|---|---|
| | POLICE |

| Street Address | Apt # | Floor | Suffix | Occupancy |
|---|---|---|---|---|
| 31 SCHOOL ST | | | | |

| City | State | Zip | County |
|---|---|---|---|
| East Hartford | CT | 06108 | United States |

| Common Name | Address Type |
|---|---|
| EHPD | |

| Residency |
|---|
| Resident |

| Extent of Injury | Medical Treatment | Hospital ID | Physician |
|---|---|---|---|
| Apparent Minor Injury | | | |

## Suspect Information

### ARRESTEE

| Name (Last, Suffix, Title, First, Middle) | DOB | Sex | Race | Ethnicity |
|---|---|---|---|---|
| MALDONADO, JOSE | 5/5/1991 | Male | White | Hispanic |

| Street Address | Apt # | Floor | Suffix | Occupancy |
|---|---|---|---|---|
| ~~110 HAMLIN ST~~ | | | | |

| City | State | Zip | County |
|---|---|---|---|
| MANCHESTER | CT | | United States |

| Residency |
|---|
| Nonresident |

| Date and time of arrest | Arrest Type | Offender Armed With |
|---|---|---|
| 04/13/2014 02:00 AM | Summons Arrest | Unarmed |

| UAR Number | Summons Number | Infraction Number |
|---|---|---|

| Statute # | Charge | Counts |
|---|---|---|
| 53a-167a | INTERFERE WITH OFFCR/RESISTING | 1 |
| 53a-49 [53a-167c] | ATTEMPT TO COMMIT ASSLT PB SFTY/EMT/TRANST/HLTH | 3 |

## Offense Details

| Sequence | Offense |
|---|---|
| 1 | ASSAULT-SIMPLE |

### MO Information for the ASSAULT-SIMPLE (1)

| UCR: Type of Weapons | Suspected of Using |
|---|---|
| OTHER | Not Applicable |

### Aggravated Assault/Homicide Information for the ASSAULT-SIMPLE (1)

| Aggravated Assault/Homicide | Justifiable Homicide Circumstance | Additional Justifiable Homicide |
|---|---|---|
| Assault on Law Officer | | |

| Negligent Manslaughter | Victim Officer? |
|---|---|
| | Yes |

Signature

| Investigating Officer | ID Number | Unit | Approved By |
|---|---|---|---|
| OFF. J. KAPLAN | JMK0326 | 326 | SGT. W. SPRAGG |

Investigating Officer Signature: 326

Supervisor Signature: 242

Subscribed and sworn to before me SGT. W. SPRAGG this 19th of April, 2014

TPIPDFPrinter 1.0.0.3
Printed 04/19/2014 12:34:53 AM   (Page 2 of 4)

EAST HARTFORD 0002

EAST HARTFORD POLICE DEPARTMENT
201400009436

201400009436

| Narrative | (continued on page 4) |
|---|---|

On 4/13/14, at approximately 0200 hours, I transported Jose Maldonado DOB ███ from the area of 130 Nutmeg Ln. to EHPD for booking following case #14-9426.

Maldonado was screaming and swearing at me as I drove him to EHPD. I rolled down the prisoner window, because I thought the wind would help Maldonado feel better after being pepper sprayed. I asked Maldonado his first name, he stated "Jay." I asked Maldonado his last name, he stated "Jay." When I reported over the radio I was transporting Maldonado, I relayed that he reported his name was "Jay Jay."

At EHPD headquarters, I sat and waited in the sally port for another officer due to Maldonado's uncooperative behavior. Officer Cohen #288 arrived and as I secured my firearm I observed Maldonado spitting in my direction.

Officer Cohen and I went to Maldonado's window, and asked him if he was going to calm down so we could get him out of the car. Maldonado stated he was going to be calm. Keeping control of Maldonado's head and face, to control being spit on, he was escorted to the pepper spray decontamination area, where after a short moment he began pulling away, swearing, saying he did not want the decontamination. Maldonado was escorted into the bullpen.

I went with Officer Cohen to take the handcuffs off Maldonado. I advised him to leave his hands behind his back until he is told he can move them. The right handcuff was undone first, Maldonado made a fist with his right hand and pulled that hand to his face, which made me take a more defensive stance and ordered him to hold the hand behind his back. Maldonado was not following directions. The second hand was unsecured from the handcuffs and Maldonado was left in the bullpen.

Officer Cohen and I escorted the second prisoner, who Officer Cohen had transported, into the booking area. The second prisoner was Wilson Ramos DOB ███. He too had been pepper sprayed. After a brief moment of having his face decontaminated, Ramos stated he did not want the decontamination.

While in booking with Maldonado and Ramos, Officer Cohen asked Ramos if Maldonado had taken any other drugs? Ramos replied Maldonado had only been drinking alcohol.

Maldonado and Ramos were asked if they would be calm if they were in the bullpen together. Both stated they are brothers and would be calm. I began to take the handcuffs off of Ramos, outside the bullpen door which was unlocked at this time. Officer Cohen was next to me, and Sergeant Lis #226 was also near by. Maldonado began taking his clothes off. Officer Cohen asked Maldonado why he was undressing?

After undressing down to his underwear, Maldonado came charging towards the bullpen door and pushed the door open in an aggressive manner. Maldonado began charging at all three (3) of the police officers throwing punches at us. Officer Cohen and Sergeant Lis attempted to gain control of Maldonado and get him secured back in the bull pen.

I gave Maldonado verbal commands to get back. I removed my department issued taser from the holster and yelled "taser" more than once. Sergeant Lis and Officer Cohen backed off Maldonado who

| Signature | | | | |
|---|---|---|---|---|
| Investigating Officer | | ID Number | Unit | Approved By |
| OFF. J. KAPLAN | | JMK0326 | 326 | SGT. W. SPRAGG |
| Investigating Officer Signature | | | | Supervisor Signature |

Subscribed and sworn to before me SGT. W. SPRAGG this 19th of April, 2014

TPIPDFPrinter 1.0.0.3
Printed 04/19/2014 12:34:53 AM  (Page 3 of 4)

EAST HARTFORD 0003

EAST HARTFORD POLICE DEPARTMENT
201400009436                                                                                                    201400009436

| Narrative | (continued from page 3) |
|---|---|

was yelling and still taking a combative stance. I discharged my taser, and did not immediately see a reaction from Maldonado as expected.

I was unsure if the taser had made a good connection. Maldonado made fists with his hands, while yelling and flexing up towards me. It appeared Maldonado was using his hands to pull or attempt to pull the taser darts from his stomach area.

Sergeant Lis struck Maldonado, to gain control of him, and brought him to the ground. Maldonado sat up and leaned forward, as though to continue his aggressive behavior. Ramos was also in the bullpen, and at the same time I was attempting to keep control of him with my free hand. I held Maldonado under power of the taser, advising Sergeant Lis and Officer Cohen that he was still under power and to handcuff him.

After Maldonado was handcuffed, he seemed to be relaxing and calmer. At one point, a few minutes after being tasered, Ramos asked Maldonado if he was alright, Maldonado seemed to acknowledge him, stating he was alright.

In addition to the charges from case #14-9426, Jose Maldonado DOB [redacted] was also charged with violating C.G.S. (53a-49) 53a-167c Criminal Attempt to Commit Assault on a Police Officer (3 counts), and 53a-167a Interferring/Resisting with a Police Officer.

Maldonado later appeared to be suffering from medical distress, EHFD responded, and provided aid until the ambulance arrived and transferred Maldonado to Hartford Hospital.

Nothing further at this time.

| Signature | | | | |
|---|---|---|---|---|
| Investigating Officer | | ID Number | Unit | Approved By |
| OFF. J. KAPLAN | | JMK0326 | 326 | SGT. W. SPRAGG |
| Investigating Officer Signature | | | | Supervisor Signature |
| 326 | | | | |

Subscribed and sworn to before me SGT. W. SPRAGG this 19th of April, 2014

TPIP DF Printer 1.0.0.3
Printed 04/19/2014 12:34:53 AM   (Page 4 of 4)

EAST HARTFORD 0004