# **EXHIBIT H**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------X
WILSON RAMOS, AS ADMINISTRATOR     :
OF THE ESTATE OF JOSE A.           :
MALDONADO, AND INDIVIDUALLY,       :
                                   :
                    Plaintiffs,    :
                                   :
              versus               :   CIVIL ACTION NO.
                                   :   3:16 CV 00166 (VLB)
TOWN OF EAST HARTFORD, OFFICER     :
JASON KAPLAN, SERGEANT JAMES LIS,  :
OFFICER JASON COHEN, AND CHIEF     :
SCOTT SANSOM OF THE EAST           :
HARTFORD POLICE DEPARTMENT,        :
                                   :
                    Defendants.    :
-----------------------------------X
```

D E P O S I T I O N

Deposition of POLICE OFFICER JASON KAPLAN taken on behalf of the Plaintiffs, pursuant to the Federal Rules of Civil Procedure, before Donna M. Miani, CSR, a Notary Public, in and for the State of Connecticut, on Thursday, December 28, 2017 at 11:23 a.m., at the law offices of KARSTEN & TALLBERG, LLC, 500 Enterprise Drive, Rocky Hill, Connecticut.

GOLDFARB AND AJELLO, LLC
24 EAST AVENUE #1372
NEW CANAAN, CONNECTICUT  06840
(203) 972-1000

1  in his torso at the autopsy.  So, no.
2       Q.    He did not succeed, correct?
3       A.    He might have ripped the wires though, or
4  at least one of them.  Those rip really easily.
5       Q.    Well, you say "he might have."  Did you see
6  a ripped wire?
7       A.    No.  I did not see a connected wire though.
8  Did not.
9       Q.    Well, you say that he attempted -- he used
10 his hands to pull or attempt to pull his Taser darts from
11 his stomach area.  And you agreed that the Taser darts
12 were still imbedded when he got to the autopsy, correct?
13      A.    Yes.
14      Q.    Just so there's no debate about this, this
15 is a copy of an exhibit that was marked at a prior
16 deposition as Exhibit 7.  And that's taken of Jose by the
17 medical examiner.
18            Now, would you characterize the -- you
19 have -- in this photograph, you have tape holding the
20 darts at the location where they entered.  Because the
21 wounds are adjacent to the darts; is that correct?
22                 MR. TALLBERG:  Can we just get more
23            description with regard to where you are
24            positing the darts on this photo?
25      Q.    Well, do you see at the level of the left

```
 1    STATE OF CONNECTICUT    )
 2                            )   SS:  Derby
 3    COUNTY OF NEW HAVEN     )
 4
 5        I, Donna M. Miani, a Certified Court Reporter and
 6    Notary Public within and for the State of Connecticut, do
 7    hereby certify that the within deposition of JASON KAPLAN
 8    was held before me on the 28th day of December, 2017.
 9        I further certify that after said deposition was
10    recorded stenographically by me, it was reduced to type-
11    writing by me and I hereby submit that the within contents
12    of said deposition are true and accurate to the best of my
13    ability.
14        I further certify that I am not a relative of nor an
15    attorney for any of the parties connected with the
16    testimony of the witness.
17        Dated at Derby, Connecticut, on the 12th day of
18    January, 2018.
19
20                                  _____
21                                  Donna M. Miani, CSR, LSR #97
                                    Certified Court Reporter
22
      My commission expires July 31, 2018.
23
24
25
```