# **EXHIBIT I**



## EAST HARTFORD POLICE DEPARTMENT

## GENERAL ORDER: 263.00.00

# USE OF LESS LETHAL FORCE

| | |
|---|---|
| DATE OF ISSUE: | 07/12/2000 |
| EFFECTIVE DATE: | 07/12/2000 |
| REVISION DATE: | 08/27/2012 |
| DISTRIBUTION: | ALL PERSONNEL |
| SECURITY CLASS: | NONE |

AMENDS:        Issue of 07/03/08
RESCINDS:     N/A
FILE:              GENERAL ORDERS MANUAL: CHAPTER 26

Reference:       EHPD Form #200    Use of Force Report

## 263.00.10 PURPOSE:

The purpose of this General Order is to articulate the use of less lethal force for officers during arrest situations or other police incidents, within the parameters of the Connecticut General Statutes (CGS) and Federal Law.

## .00.20 POLICY:

It is the policy of the East Hartford Police Department that officers use only the degree of force necessary in order to accomplish lawful objectives, during the performance of their duties. *(POSTC 1.1.7; CALEA 1.3.1)*

*(POSTC 1.1.3 d; CALEA 1.3.6 d)*

An EHPD Form #200 "Use of Force Report" must be completed under the following circumstances:

    (A) Discharge of any firearm when done so as a use of force against another person

    (B) Deployment of the Taser

    (C) Deployment of OC spray

    (D) Deployment of any impact weapon

    (E) Deployment of the FN 303

    (F) Deployment of a K-9 when the subject sustains or complains of injury

    (G) Any other use of force including body strikes when the subject sustains or complains of injury

EAST HARTFORD 00098
DISCLOSED ON JULY 29, 2016

GENERAL ORDER 263.00.00                                    USE OF LESS LETHAL FORCE

## .00.30 DEFINITIONS:

**.00.31 Less Lethal Force**
Less Lethal Force means that degree of force which, under the circumstances, is neither likely nor intended to cause death.

**.00.32 Serious Physical Injury**
As per CGS §53a-3 (4), Serious Physical Injury is defined as physical injury which creates a substantial risk of death, or which causes serious disfigurement, serious impairment of health, serious loss or impairment of the function of any bodily organ, loss of consciousness, or sexual assault or the risk thereof.

## .00.40 PROCEDURE:

**.00.41 Use of Less Lethal Force**
Less Lethal force may be used by a police officer in the performance of his duty:

> (A) When necessary to preserve the peace, prevent commission of offenses, or prevent suicide or self-inflicted injury; or

> (B) When necessary to overcome resistance to lawful arrests, searches and seizures, and to prevent escapes from custody; or

> (C) When in self defense or defense of another against unlawful violence to his person or property.

**.00.42 Degree of Force**
The degree of force used shall be no greater than is necessary and reasonable in a given situation.  The amount of force which may be employed will be determined by the surrounding circumstances including, but not limited to:

> (A) The nature of the offense;

> (B) The behavior of the subject against whom force is to be used;

> (C) Actions by third parties who may be present;

> (D) Physical odds against the officer;

> (E) Subject possession of or close proximity to a weapon;

> (F) The feasibility or availability of alternative actions, including circumstances in which it behooves the officer to wait for additional police assistance.

**.00.43 Escalation of Level of Force**

EAST HARTFORD 00099
DISCLOSED ON JULY 29, 2016

GENERAL ORDER 263.00.00                          USE OF LESS LETHAL FORCE

An officer should exhaust every reasonable means of employing the minimum amount of force before escalating to a more severe application of force, except where it is necessary to protect himself or another from serious physical injury or death.

## .00.50 WEAPONS:

**.00.51** Only weapons and ammunition approved by the Chief of Police may be used by Department personnel in the performance of law enforcement duties. *(POSTC 1.1.1 a)*

**.00.52** Sworn personnel must demonstrate proficiency, as defined by the Chief of Police or his designee, in each approved weapon prior to carrying the weapon. *(POSTC 1.1.1 b; CALEA 1.3.10)*

**.00.53** Prior to issuance, all weapons to be used by each employee must be reviewed, inspected, and approved by a qualified weapons instructor or armorer.  Documentation of this will be kept by the Training and Personnel Section. *(POSTC 1.1.1 c; CALEA 1.3.9 c)*

**.00.54** Records for all approved weapons, and qualification / certification for each weapon, shall be kept by the Training and Personnel Section. *(POSTC 1.1.1 d)*

**.00.55** Any officer carrying and / or using a Department weapon while off-duty shall abide by <u>all</u> applicable General Orders and policies of the East Hartford Police Department as well as <u>all</u> applicable state statutes. *(POSTC 1.1.1 e)*

**.00.56** If, at any time, a Department weapon is discovered to be unsafe by any officer, that weapon shall be removed from use as soon as practicable.  The unsafe weapon shall not be reinstated to use until it is brought back to safe and proper operating condition by a qualified person.  The weapon may be replaced with a functional weapon if need be. *(POSTC 1.1.1 f; CALEA 1.3.9 d)*

### .00.57 Brandishing of Weapons
A weapon should not be displayed or brandished as a threat, unless its actual use in the situation would be lawful and proper.  The exception to this section would be sparking a Taser to gain compliance or deter tumultuous behavior.  This does not prohibit an officer from having a weapon readied when it is anticipated that a weapon may be required.

### .00.58 Modification of Weapons
No officer shall modify any Department-issued weapon without the express knowledge and permission of the Chief of Police or his designee.

### .00.59 Less Lethal Weapon Training
All newly-hired officers shall receive instruction in, and demonstrate proficiency with, any less lethal weapon, as per POSTC regulations, prior to being allowed to carry it.  All officers shall receive at least biennial in-service training in all less lethal weapons they carry while on duty, to include:

   (A) Baton or ASP;

EAST HARTFORD 000100
DISCLOSED ON JULY 29, 2016

*GENERAL ORDER 263.00.00*            *USE OF LESS LETHAL FORCE*

(B) OC Spray;

(C) Taser;

(D) FN303 Less Lethal Launcher.

A portion of the training session shall include a review of Department use of force policies related to the specific weapon(s.)  Any officer who fails to qualify with any less lethal weapon requiring qualification shall not be allowed to carry that weapon on duty until s/he has demonstrated proficiency with that weapon.  Any qualification course(s) and remedial training given shall be fully documented by the weapon instructor(s.)
*(POSTC 1.1.4, 1.1.4 a, & 1.2.18)*

## .00.60 USE OF RESTRAINT DEVICES:

**.00.61** The use of handcuffs or other Department-approved restraint devices are valid steps in the use of force continuum.  The use of force shall be reasonable and necessary at the time the force was used.

**.00.62** The East Hartford Police Department does not mandate the use of handcuffs in all arrest situations.  Handcuffing is discretionary when the officer is transporting prisoners who are a minimal threat, or persons whose injuries may be exacerbated by handcuffing.

**.00.63** The safety of the officer and of the arrestee will be of paramount importance and will be the chief consideration in the decision to handcuff.

## .00.70 MEDICAL ASSISTANCE:

**.00.71 Medical Treatment of Subject**
Any officer using less lethal force will provide and / or summon medical assistance as necessary and appropriate for a given situation, in the event a subject is injured as the result of the use of force. *(POSTC 1.1.3 c; CALEA 1.3.5)*

## .00.80 USE OF FORCE INCIDENTS ANALYSIS:

The Department, on an annual basis, shall undertake an analysis of all use-of-force incidents. *(POSTC 1.1.3 e; CALEA 1.3.13)*

## .00.90 COMPLIANCE:

Violations of this policy shall result in disciplinary action as set forth in the Department Rules and Regulations, Town Personnel Rules and Merit System, and / or applicable collective bargaining agreement.

EAST HARTFORD 000101
DISCLOSED ON JULY 29, 2016

GENERAL ORDER 263.00.00                                    USE OF LESS LETHAL FORCE

## .01.00 SUPERVISION AND ACCOUNTABILITY:

Supervisors shall ensure that all personnel in their command are familiar with the content of this policy and are operating in compliance with it.

**Mark J. Sirois**
**Chief of Police**

EAST HARTFORD 000102
DISCLOSED ON JULY 29, 2016