UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILSON RAMOS, As Administrator of the Estate of Jose A. Maldonado, and Individually, | : : : : | NO. 3:16-cv-166-VLB |
| v. | : : | |
| TOWN OF EAST HARTFORD, OFFICER JASON KAPLAN, SERGEANT JAMES LIS, OFFICER JASON COHEN, and CHIEF SCOTT SANSOM OF THE EAST HARTFORD POLICE DEPARTMENT | : : : : : : | |

## PARTIAL JUDGMENT

This action having come before the Court on plaintiffs' motion for entry of partial final judgment under rule 54(b) before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued an order granting plaintiffs' motion and finding no just reason for delay; it is hereby

ORDERED, ADJUDGED and DECREED that final judgment be and is hereby entered as to plaintiffs' *Monell* claim (the Second Count of Plaintiffs' Third Amended Complaint).

Dated at Hartford, Connecticut, this 11th day of October, 2019.

ROBIN D. TABORA, Clerk

By:/S/ Michael Bozek
    Michael Bozek
    Deputy Clerk

EOD: 10/11/2019