UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILSON RAMOS, As Administrator of the Estate of Jose A. Maldonado, and Individually, )<br><br>Plaintiffs, )<br><br>V. )<br><br>TOWN OF EAST HARTFORD, OFFICER JASON KAPLAN, SERGEANT JAMES LIS, OFFICER JASON COHEN, and CHIEF SCOTT SANSOM OF THE EAST HARTFORD POLICE DEPARTMENT )<br><br>Defendants. ) | Civil Action No.<br>3:16-cv-00166 (VLB)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>APRIL 28, 2020 |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Wilson Ramos, as Administrator of the Estate of Jose Maldonado, and Wilson Ramos, individually, and Defendants Town of East Hartford, Officer James Kaplan, Sergeant James Lis, Officer Jason Cohen, and Chief Scott Sansom stipulate to the dismissal of all claims, counterclaims, and cross claims that were or could have been asserted in this litigation by or against any of the parties in this action with prejudice, with each party to bear its own costs and attorneys' fees.

THE PLAINTIFF, WILSON RAMOS, AS
ADMINISTRATOR OF THE ESTATE OF
JOSE A. MALDONADO, and INDIVIDUALLY

By: **/s/ Zachary J. Phillipps**
David M. Cohen, Esq. (ct06047)
Zachary J. Phillipps, Esq. (ct30047)
WOFSEY, ROSEN, KWESKIN
& KURIANSKY, LLP
600 Summer Street
Stamford, CT  06901
Tel: (203) 327-2300
Fax: (203) 967-9273
Email: dcohen@wrkk.com
Email: zphillipps@wrkk.com

DEFENDANT,
JASON KAPLAN
By **/s/ James N. Tallberg**
James N. Tallberg
Federal Bar No.: ct17849
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
T: (860) 233-5600
F: (860) 233-5800
jtallberg@kt-lawfirm.com

DEFENDANTS,
JAMES LIS, JASON COHEN, SCOTT M.
SANSOM, and TOWN OF EAST HARTFORD
By **/s/ Thomas Gerarde**
Thomas James N. Tallberg
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
T: (860) 249-1361
tgerarde@HL-law.com

2

**CERTIFICATION**

     I hereby certify that on April 28 2020, a copy of the foregoing was filed electronically and served by email on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by email or regular mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            **/s/ Zachary J. Phillipps**
                                              **Zachary J. Phillipps, Esq. (ct30047)**