MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of April, two thousand twenty.

_____

Wilson Ramos, As Administrator of the Estate of Jose A. Maldonado, and individually,

**ORDER**

Docket No. 19-3541

        Plaintiff - Appellant,

v.

Town of East Hartford, Jason Cohen, Officer, Scott M. Sansom, Chief of the East Hartford Police Department, James Lis, Sergeant, Jason Kaplan, Officer,

        Defendants - Appellees.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

                                                                                   For The Court:
                                                                                   Catherine O'Hagan Wolfe,
                                                                                   Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/30/2020

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand and twenty,

Wilson Ramos et al.
   v.
Town of East Hartford et al.

**STIPULATION**
Docket Number: 19-3541

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 4/28/2020

/s/ Zachary J. Phillipps
Attorney for Appellant

Zachary J. Phillipps, Wofsey, Rosen, Kweskin & Kuriansky LLP
Print Name and Firm

Date: 4/28/2020

/s/ Thomas Gerarde   /s/ James Tallberg
Attorney for Appellee

Thomas Gerarde, Howd & Ludorf, LLC   James Tallberg, Karsten & Tallberg, LLC
Print Name and Firm