# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand and twenty,

Wilson Ramos et al.
   v.
Town of East Hartford et al.

**STIPULATION**
Docket Number: 192197, 192327

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 4/28/2020

/s/ Thomas Gerarde   /s/ James Tallberg
Attorney for Appellant

Thomas Gerarde, Howd & Ludorf, LLC   James Tallberg, Karsten & Tallberg, LLC
Print Name and Firm

Date: 4/28/2020

/s/ Zachary J. Phillipps
Attorney for Appellee

Zachary J. Phillipps, Wofsey, Rosen, Kweskin & Kuriansky, LLP
Print Name and Firm

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand and twenty,

Wilson Ramos et al.
   v.
Town of East Hartford et al.

**STIPULATION**
Docket Number: 192197, 192327

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 4/28/2020

/s/ Thomas Gerarde   /s/ James Tallberg
Attorney for Appellant

Thomas Gerarde, Howd & Ludorf, LLC   James Tallberg, Karsten & Tallberg, LLC
Print Name and Firm

Date: 4/28/2020

/s/ Zachary J. Phillipps
Attorney for Appellee

Zachary J. Phillipps, Wofsey, Rosen, Kweskin & Kuriansky, LLP
Print Name and Firm